GEORGE M. CLARKE, as Sole Substituted Trustee under the Last Will and Testament of ANNE D. THOMSON, Deceased, Appellant, v. CHARLES W. SCHUMANN (Also Known as CHARLES W. SCHUMANN, JR., and Another, as Trustees under the Last Will and Testament of CHARLES WILLIAM SCHUMANN, Deceased, and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements to the respondents Charles W. Schumann and William H. Schumann, Jr., as trustees, etc. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

SYDONIA MUZYKA, Respondent, v. JOSEPH KUREWA, Also Known as JOSEPH KOREVO, Appellant.— Order modified by striking out the provision for the giving of a bond and substituting instead the provision that the judgment should stand as security, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

LOUIS H. LEVIN, Respondent, v. INTERNATIONAL BROADCASTING CORPORATION and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within ten days from service of order. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

HAROLD CLARKE and Others, Respondents, v. GEORGE L. BERRY and Others, Defendants, Impleaded with ANDREW R. ARMSTRONG, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

JOSEPH DEFUCCIO, Individually, Doing Business under the Name of the " GROCER'S TRUCKING & FORWARDING Co." and Another, Respondents, v. POCONO COMPANY, Appellant.— Order modified by granting motion for examination to the extent of items 1, 2 and 3 relating to the counterclaims, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion, Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION, Appellant, v. AMERICAN UNIVERSITY CLUB OF NEW YORK, INC., and Another, Defendants. SAMUEL HOFFMAN, Respondent.— Order modified by striking out the provision fixing the lien and remitting the matter of the amount of the lien to Hon. John R. Davies, official referee, to take proof and fix the same; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.